```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

```
KARL D. JACKSON,                    :
                                    :
       Plaintiff,                   :
                                    :
vs.                                 :   CIVIL ACTION 07-0744-KD-M
                                    :
WARDEN JERRY FERRELL, et al.,       :
                                    :
       Defendants.                  :
```

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 5th day of August, 2008.

```
                          s/ Kristi K. DuBose
                          KRISTI K. DuBOSE
                          UNITED STATES DISTRICT JUDGE
```