IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KARL D. JACKSON,           :
           :
     Plaintiff,     :
           :
vs.                  :  CIVIL ACTION 07-0744-KD-M
           :
WARDEN JERRY FERRELL, et al.,  :
           :
     Defendants.    :

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 5th day of August, 2008.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE